

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-24-00384-CV

---

Michael Ray Mangum, Appellant

v.

Jane Doe, Appellee

---

On Appeal from the 83rd Judicial District Court
Val Verde County, Texas
Trial Court No. 2024-0084-CIV

---

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore vacate and dissolve the order granting Jane Doe's application for injunctive relief and remand this cause to the trial court for further proceedings. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 5th day of January 2026.


MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
Palafox, J., dissents without opinion.